UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| ELOISA COSAJAY,<br><br>      Plaintiff,<br><br>v.<br><br>MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., CM REO TRUST, AND SAXON MORTGAGE SERVICES, INC.<br><br>      Defendants. | CIVIL ACTION NO. CA10-442S |

## DEFENDANTS' MOTION TO REQUEST
## DECISION ON REPORT AND RECOMMENDATION

Defendants Mortgage Electronic Registration Systems, Inc. ("MERS"), CM REO Trust ("Trust"), and Saxon Mortgage Services, Inc. ("Saxon"), (collectively "Defendants") submit this motion to request a decision on Plaintiff Eloisa Cosajay's objection to Magistrate David L. Martin's Report and Recommendation to dismiss this case.

In support of this motion, the Defendants submit herewith a Memorandum of Law.

WHEREFORE, the Defendants Mortgage Electronic Registration Systems, Inc., CM REO Trust and Saxon Mortgage Services, Inc. respectfully request that the Court issue a decision on the Report and Recommendation.

Respectfully submitted,

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., CM REO TRUST, AND SAXON MORTGAGE SERVICES, INC.

By Their Attorneys,

*/s/ Maura K. McKelvey*

Maura K. McKelvey, No. 6770
Samuel S. Bodurtha, No. 7075
HINSHAW & CULBERTSON LLP
321 South Main Street, Suite 301
Providence, RI 02903
401-751-0842
401-751-0072 (facsimile)

Dated: October 17, 2013

## CERTIFICATE OF SERVICE

I, Maura K. McKelvey, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on October 17, 2013.

*/s/ Maura K. McKelvey*
Maura K. McKelvey